UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIRON B. SPRINGFIELD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>G. BIAGGINI, et al.,<br><br>　　　　Defendants. | NO. CV 17-7222-DDP (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

　　IT IS ORDERED that Defendants' motion to dismiss the First Amended Complaint ("FAC") is DENIED. Defendants are ordered to file an Answer to the FAC within 30 days after entry of this order.

DATED: 11-20-18

　　　　　　　　　　　　　　　　DEAN D. PREGERSON
　　　　　　　　　　　　　　　　United States District Judge